IN THE UNTED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
DANA A. VALLEY :
LORIE A. VALLEY :
: CASE 1:18-BK-968-HWV

## OBJECTIONS BY NEW CUMBERLAND FEDERAL CREDIT UNION TO CHAPTER 13 PLAN

TO THIS HONORABLE COURT:

1. Objecting Creditor, the New Cumberland Federal Credit Union (NCFCU), is a secured creditor holding a valid security interest in a vehicle loan with a payoff as of May 7, 2018 of **$6,878.02** for a 2007 KIA SEDONA. Objecting Creditor incorporates by reference the Proof of Claim filed in this matter as though fully set forth.

2. The vehicle loan requires a regular monthly payment of **$230.61** and Debtor is delinquent **$594.60** as of May 7, 2018.

3. The Chapter 13 Plan provides no adequate protection payments to the Credit Union and as written the Credit Union would need to wait nearly twenty (20) months before receiving anything towards its secured loan.

4. The vehicle will depreciate during this time and presently has a value of **$5,756.00**. See Kelley Blue Book average of Private Party Sale and Trade in Value attached as Exhibit "A".

### Plan Provides No Adequate Protection Payments

5. The law regarding an "equity cushion" can be summarized as follows. ***In re Hefty***, 2011 WL 2470686 (Bankr. D. Mont. 2011) (holding that a 38% equity cushion in collateral provided adequate protection for a secured

claim); *In re Las Torres Development, L.L.C.*, 413 B.R. 687, 697, 52 Bankr. Ct. Dec. (CRR) 31, 62 Collier Bankr. Cas. 2d (MB) 842 (Bankr. S.D. Tex. 2009); **Suntrust Bank v. Den-Mark Const., Inc.**, 406 B.R. 683, 700 n.24, 63 A.L.R. Fed. 2d 757 (E.D. N.C. 2009) (explaining that a 20% or higher equity cushion almost always was found to constitute adequate protection (citing *In re James River Associates*, 148 B.R. 790, 796 (E.D. Va. 1992). Compare **SunTrust Bank**, 406 B.R. at 700 n.24 (explaining that 11% or lower equity cushion has almost always been found not to constitute adequate protection, and courts have been divided on whether an equity cushion between 11% and 20% constituted adequate protection).

6. A threatened decline in the value of a creditor's collateral entitling the creditor to adequate protection can occur, for example, from lack of insurance, failure to maintain the collateral, or a failure to permit periodic inspections. See *In re Young*, 2011 WL 3799245, at 7 (Bankr. D. N.M. 2011) (citations omitted) and *In re Young*, 2011 Bankr. LEXIS 3300, at 22–23. A decline in value of collateral can occur in a number of ways. As stated by the court in *In re Young*: "A decline in the value of the estate's interest in property that is the creditor's collateral, which entitles the creditor to adequate protection, can result from such causes as a decline in the market value of the collateral, non-payment of interest accruing on a senior lien, or non-payment of property taxes having priority over the creditor's lien." Emphasis added.

7. The Credit Union is entitled to at least a 20% equity cushion of $1,200.00 against the FMV of the vehicle that is $5,756.00 when it is secured by $6,878.02 in secured claims.

8. The adequate protection payments should total no less than $1,200.00.

9. **WHEREFORE**, Objecting Creditor respectfully requests this Honorable Court to deny confirmation of the Chapter 13 Plan.

Respectfully submitted,
BY: /s/ Steven Howell, Esquire
Steven Howell, Esquire
Howell Law Firm
619 Bridge Street
New Cumberland, PA 17070
(717) 770-1277 Voice
(717) 770-1278 Fax
Email HwllStvn@aol.com
Supreme Court ID 62063

### CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below a true and correct copy of the foregoing documents was served by postage prepaid, first class United States Mail on all interested parties or counsel of record at the addresses set forth below (unless otherwise designated as service by e-mail).

Stephen Wade Parker, Esquire (Debtor's Counsel) (ECF Notification)
Mooney & Associates
230 York Street
Hanover, PA 17331
Email: Mooneybkecf@gmail.com

Charles J. Dehart, Esquire (ECF Notification)
Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Email: dehartstaff@pamd13trustee.com

BY: /s/ Steven Howell, Esquire

Date: May 11, 2018

# 2007 Kia Sedona
## Pricing Report



**Style:** EX Minivan 4D
**Mileage:** 87,600

### Trade In To a Dealer

Trade-in Range
**$3,058 - $4,393**
Trade-in Value
**$3,726**



Valid for ZIP Code 17070 through 05/10/2018

## Vehicle Highlights

**Fuel Economy:** City 16/Hwy 23/Comb 19 MPG
**Max Seating:** 7
**Doors:** 4
**Engine:** V6, 3.8 Liter
**Drivetrain:** FWD
**Transmission:** Automatic
**EPA Class:** Minivan
**Body Style:** Van
**Country of Origin:** Korea
**Country of Assembly:** Korea

## Your Configured Options

Our pre-selected options, based on typical equipment for this car.
✓ Options that you added while configuring this car.

**Engine**
V6, 3.8 Liter

**Transmission**
Automatic

**Drivetrain**
FWD

**Braking and Traction**
Traction Control
Stability Control
ABS (4-Wheel)

**Comfort and Convenience**
Air Conditioning
Air Conditioning, Rear
Power Windows
Power Door Locks
Cruise Control

**Steering**
Power Steering
Tilt Wheel

**Entertainment and Instrumentation**
AM/FM Stereo
Cassette
CD/MP3 (Single Disc)

**Safety and Security**
Dual Air Bags
Side Air Bags

**Seats**
Dual Power Seats
✓ Leather

**Roof and Glass**
✓ Sun Roof (Sliding)
Privacy Glass

**Exterior**
Power Sliding Doors

**Cargo and Towing**
✓ Roof Rack

**Wheels and Tires**
Alloy Wheels

**Exterior Color**
✓ Blue

## Glossary of Terms

**Tip:**
It's crucial to know your car's true



EXHIBIT A
Blumberg No. 5192

https://www.kbb.com/kia/sedona/2007/ex-minivan-4d/?vehicleid=166854&intent=trade-in-s    5/7/2018

2007 Kia Sedona EX Minivan 4D Trade In Values | Kelley Blue Book



Advertisement

# 2007 Kia Sedona Pricing Report



**Style:** EX Minivan 4D
**Mileage:** 87,600

### Sell To Private Party



Private Party Range
**$4,599 - $7,120**
Private Party Value
**$5,860**

Valid for ZIP Code 17070 through 05/10/2018

## Vehicle Highlights

Fuel Economy: City 16/Hwy 23/Comb 19 MPG
Max Seating: 7
Doors: 4
Engine: V6, 3.8 Liter
Drivetrain: FWD
Transmission: Automatic
EPA Class: Minivan
Body Style: Van
Country of Origin: Korea
Country of Assembly: Korea

## Your Configured Options

Our pre-selected options, based on typical equipment for this car.
✓ Options that you added while configuring this car.

**Engine**
V6, 3.8 Liter

**Transmission**
Automatic

**Drivetrain**
FWD

**Braking and Traction**
Traction Control
Stability Control
ABS (4-Wheel)

**Comfort and Convenience**
Air Conditioning
Air Conditioning, Rear
Power Windows
Power Door Locks
Cruise Control

**Steering**
Power Steering
Tilt Wheel

**Entertainment and Instrumentation**
AM/FM Stereo
Cassette
CD/MP3 (Single Disc)

**Safety and Security**
Dual Air Bags
Side Air Bags

**Seats**
Dual Power Seats
✓ Leather

**Roof and Glass**
✓ Sun Roof (Sliding)
Privacy Glass

**Exterior**
Power Sliding Doors

**Cargo and Towing**
✓ Roof Rack

**Wheels and Tires**
Alloy Wheels

**Exterior Color**
✓ Blue

## Glossary of Terms

**Tip:**
It's crucial to know your car's true condition when you sell it, so that you