IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dana A. Valley | |
|     Lorie A. Valley ) | Chapter 13 |
|         Debtors ) | Case No. 1:18-bk-00968 |
| ) | |
| **New Cumberland Federal Credit Union** ) | |
|         Movant ) | |
|    v. ) | |
| ) | |
| **Dana A. Valley** ) | |
| **Lorie A. Valley** ) | |
|         Respondents ) | |
| ) | |
| **Charles DeHart, III, Trustee** ) | |

**DEBTORS' RESPONSE TO MOTION OF NEW CUMBERLAND FEDERAL CREDIT UNION, MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. 362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001**

1. Movant, New Cumberland Federal Credit Union filed its Motion for Relief on May 22, 2018.

2. Debtors have provided proof of insurance to Movant.

3. Debtors have worked out adequate protection issues with Movant.

4. Debtors request the Court deny Movant's Motion for Relief.

WHERFORE, Debtor's, Dana A. Valley and Lorie A. Valley, prays the Court enter its Order denying the Motion for Relief from the Automatic Stay that was filed on May 22, 2018 by New Cumberland Federal Credit Union.

Dated: June 5, 2018                                                                 Respectfully Submitted,

                                                                                         /s/Stephen Wade Parker
                                                                                         Stephen Wade Parker (315606)
                                                                                         Counsel for Debtor
                                                                                         Mooney & Associates
                                                                                         2 S. Hanover Street
                                                                                         Carlisle, PA 17013
                                                                                         Swp@mooney4law.com
                                                                                         (717) 243-4770 Phone
                                                                                         (717) 632-3612 Fax