IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Dana Valley | ) | Chapter 13 |
| Lorie Valley | ) | Case No. 1:18-bk-00968-HWV |
| **Debtors** | ) | |
| | ) | |
| **Pacific Union Financial, LLC** | ) | |
| **Movant** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Dana Valley and Lorie Valley, | ) | |
| **Respondents** | ) | |
| Charles DeHart, III, Trustee | ) | |

### DEBTORS' RESPONSE TO MOTION OF PACIFIC UNION FINANCIAL, LLC MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. 362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001

1. Movant, Pacific Union Financial, LLC, filed its Motion for Relief from Stay on August 21, 2018.

2. Debtors acknowledges some mortgage payments are past due.

3. Debtors desires the opportunity to cure any post-petition mortgage arrears and keep their home.

4. Debtors requests the Court deny Movant's Motion for Relief.

WHERFORE, Debtors, Dana and Lorie Valley, pray the Court enter its order denying the Motion for Relief from the Automatic Stay that was filed on August 21, 2018 by Pacific Union Financial, LLC.

Dated: September 4, 2018

Respectfully Submitted,

/s/Stephen Wade Parker
Stephen Wade Parker (315606)
Counsel for Debtors
Mooney & Associates
2 S. Hanover Street
Carlisle, PA 17013
Swp@mooney4law.com
(717) 243-4770 Phone
(717) 632-3612 Fax