In re:                                                          Case No. 18-00968-HWV
Dana A. Valley                                                  Chapter 13
Lorie A. Valley
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: KADavis          Page 1 of 1          Date Rcvd: Apr 03, 2019
                             Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2019.
5050832       #+Pacific Union Financial, LLC,    7880 Bent Branch Drive #100,    Irving, TX 75063-6046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James Warmbrodt   on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Kevin S Frankel   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
                pa-bk@logs.com
              Stephen Wade Parker   on behalf of Debtor 1 Dana A. Valley Mooneybkecf@gmail.com,
                r61895@notify.bestcase.com
              Stephen Wade Parker   on behalf of Debtor 2 Lorie A. Valley Mooneybkecf@gmail.com,
                r61895@notify.bestcase.com
              Steven Howell   on behalf of Creditor   New Cumberland Federal Credit Union hwllstvn@aol.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
              William E. Craig   on behalf of Creditor   Credit Acceptance Corporation ecfmail@mortoncraig.com,
                mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                        TOTAL: 8

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:18-bk-00968-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Dana A. Valley
259 N. Race Street
Middletown PA 17057

Lorie A. Valley
259 N. Race Street
Middletown PA 17057

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/02/2019.

Name and Address of Alleged Transferor(s):

Claim No. 3: Pacific Union Financial, LLC, 7880 Bent Branch Drive #100, Irving, TX 75063

Name and Address of Transferee:

Nationstar Mortgage LLC d/b/a Mr. Cooper
PO Box 619096
Dallas, TX 75261-9741
Nationstar Mortgage LLC d/b/a Mr. Cooper
PO Box 619096
Dallas, TX 75261-9741

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/05/19

Terrence S. Miller
**CLERK OF THE COURT**