```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                       Case No. 18-00968-HWV
Dana A. Valley                                               Chapter 13
Lorie A. Valley
       Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-1        User: TWilson            Page 1 of 2           Date Rcvd: Oct 03, 2019
                            Form ID: pdf010          Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2019.
db/jdb         +Dana A. Valley,    Lorie A. Valley,   259 N. Race Street,   Middletown, PA 17057-2246
cr            ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court:  Credit Acceptance Corporation,    25505 West 12 Mile Road,
                Southfield, MI  48034)
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper, et al,   8950 Cypress Waters Blvd,
                Coppell, TX 75019-4620
cr             +New Cumberland Federal Credit Union,   345 LEWISBERRY ROAD,    NEW CUMBERLAND, PA 17070-2306
5033040        +Bureau of Accout Managment,   3607 Rosemont Ave Ste 502,   Po Box 8875,
                Camp Hill, PA 17001-8875
5033043        +Credit Acceptance,   25505 West 12 Mile Rd,   Suite 3000,   Southfield, MI 48034-8331
5059352         Directv, LLC,   by American InfoSource LP as agent,   PO Box 5008,
                Carol Stream, IL 60197-5008
5033044        +KML Law Group, P.C.,   Suite 500 BNY Mellon Ind. Ctr.,   701 Market Street,
                Philadelphia, PA 19106-1538
5164066        +Nationstar Mortgage LLC d/b/a Mr. Cooper,   PO Box 619096,   Dallas, TX 75261-9096
5180942        +Nationstar Mortgage LLC d/b/a Mr. Cooper,   PO Box 619096,   Dallas, TX 75261-9741,
                Nationstar Mortgage LLC d/b/a Mr. Cooper,   PO Box 619096,   Dallas, TX 75261-9096
5033045        +New Cumberland F C U,   345 Lewisberry Rd,   New Cumberland, PA 17070-2306
5035369        +New Cumberland Federal Credit Union,   PO Box 658,   New Cumberland, PA 17070-0658
5033046        +Pacific Union Financia,   1603 Lbj Fwy Ste 500,   Farmers Branch, TX 75234-6071
5050832       #+Pacific Union Financial, LLC,   7880 Bent Branch Drive #100,   Irving, TX 75063-6046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5033047         E-mail/Text: colleen.atkinson@rmscollect.com Oct 03 2019 19:20:57     Receivable Management Inc,
                7206 Hull Rd,   Ste 211,   Richmond, VA 23235
5033048        +E-mail/Text: bankruptcy@sw-credit.com Oct 03 2019 19:20:51     Southwest Credit Systems,
                4120 International Parkway,   Suite 1100,   Carrollton, TX 75007-1958
5060197         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 03 2019 19:31:14     Verizon,
                by American InfoSource LP as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5033041*       +Bureau of Accout Managment,   3607 Rosemont Ave Ste 502,   Po Box 8875,
                Camp Hill, PA 17001-8875
5033042*       +Bureau of Accout Managment,   3607 Rosemont Ave Ste 502,   Po Box 8875,
                Camp Hill, PA 17001-8875
5180941*       +Nationstar Mortgage LLC d/b/a Mr. Cooper,   PO Box 619096,   Dallas, TX 75261-9096
                                                                                 TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2019 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt     on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               pa-bk@logs.com
              Stephen Wade Parker    on behalf of Debtor 1 Dana A. Valley Mooneybkecf@gmail.com,
               R61895@notify.bestcase.com
              Stephen Wade Parker    on behalf of Debtor 2 Lorie A. Valley Mooneybkecf@gmail.com,
               R61895@notify.bestcase.com
              Steven  Howell    on behalf of Creditor    New Cumberland Federal Credit Union hwllstvn@aol.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
                                                                                             TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| DANA A. VALLEY | | Chapter: | 13 |
| --- | --- | --- | --- |
| | Debtor 1 | Case No.: | 1-18-bk-00968-HWV |
| LORIE A. VALLEY | Debtor 2 | | |
| CHARLES J. DEHART, III CHAPTER 13 TRUSTEE vs. | Movant(s) | | |
| DANA A. VALLEY LORIE A. VALLEY | Respondent(s) | | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: October 3, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)